UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-00722-RJC

| | |
|---|---|
| ALEX R. PICHARDO and ) <br> ARIANA PICHARDO-LOWDEN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ) <br> EQUIFAX, INC., EXPERIAN ) <br> INFORMATION SOLUTIONS, INC., ) <br> TRANSUNION, LLC AND ) <br> DISCOVER CARD SERVICES, INC., ) <br> ) <br> Defendants. ) <br> _____ ) | ORDER |

**THIS MATTER** comes before the Court sua sponte. On August 13, 2018, the parties filed a Notice of Settlement, (Doc. No. 28), indicating that they anticipated filing an appropriate Stipulation of Dismissal with the Court within thirty (30) days. To date, the parties have not filed a Stipulation of Dismissal. Therefore, the parties are hereby **ordered** to file a Status Report or Stipulation of Dismissal within **fourteen (14) days** of this Order.

Signed: February 5, 2019

Robert J. Conrad, Jr.
United States District Judge